UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 9 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**
JUL 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

C 07 3715

MMC

Re:  Richard L. Hatfield (Involuntary Case)
     BK No. 07-30031 TEC7 (Chapter 7)
     Bankruptcy Judge Thomas E. Carlson

Dear Mr. Wieking:

We are transmitting the following documents to your court:

[X] Enclosed please find copies of **Notice of Appeal** and **Statement of Election to District Court** filed on 07/4/2007 and **Court Certificate of Mailing** in the above involuntary bankruptcy case.
in the above bankruptcy involuntary case.

[X] Enclosed please find the docket report and the copy of the order that is being appealed.

[] Enclosed please find the copies of pleadings in amended designation of record for an appeal that has been previously sent to the district court.

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to U.S. Bankruptcy Court, San Francisco Division.

                              GLORIA L. FRANKLIN, Clerk
                              United States Bankruptcy Court

Dated: July 9, 2007       By: _____Quan Lu_____
                                      Deputy Clerk

1  James H. Seymour  SBC No. 48651
   706 Cowper Street
2  Palo Alto, California 94301
   Telephone: (650) 323-7226
3  Counsel for Petitioning Creditor
   and Appellant
4  Jennifer M. Moore

E-Filing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALLIANCE FINANCIAL<br>CAPITAL HOLDINGS, INC.<br><br>Alleged Debtor. | No. 07-30030 TEC 7<br><br>Chapter 7<br>(Involuntary) |
| In re<br><br>RICHARD L. HATFIELD,<br><br>Alleged Debtor. | No. 07-30031 TEC 7<br><br>Chapter 7<br>(Involuntary) |

C 07 3715 MMC

NOTICE OF APPEAL

OF DISMISSAL OF CASE NO. 07-30031

NOTICE OF APPEAL - CASE NO. 07-30031 TEC

1   Appellant, Jennifer M. Moore, a petitioning creditor in case number 07-30031 TEC
2   appeals under 28 U.S.C. sec. 158(a) from the order of the Honorable Thomas E. Carlson,
3   United States Bankruptcy Judge dismissing this case which was entered in this
4   bankruptcy case on the 26th day of June 2007.
5   The names of all parties to the order of dismissal from which this appeal is taken
6   and the names, addresses, and telephone numbers of their respective attorneys are as
7   follows:
8   Jennifer M. Moore, Appellant and Petitioning Creditor - Counsel - James H.
9   Seymour, 706 Cowper Street, Palo Alto, California 94301. Telephone: (650) 323-7226.
10   Richard L. Hatfield, Alleged Debtor - Counsel - Iain A. Macdonald, Law Offices
11   of Macdonald & Associates, 2 Embarcadero Center, Suite 1670, San Francisco, California
12   94111-3930. Telephone: (415) 362-0449.
13   First Trust Corporation fbo Richard L. Spees, First Trust Corporation fbo J.D.
14   Erickson, and George Rnjak, Petitioning Creditors - Counsel - Michael D. Cooper,
15   Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor Oakland, California
16   94607-4036. Telephone: (510) 834-6600.
17   Carey & Carey A Law Corporation, Petitioning Creditor - Counsel - Robert E.
18   Carey, Jr., Post Office Box 1040, Palo Alto, California 94302-1040. Telephone: (650)
19   328-5510.
20   Ricardo C. Saria, Petitioning Creditor - *In Propria Persona* - Post Office Box 1738,
21   Palo Alto, California 94302-1738.
22   David Fenton, Jacqueline Fenton, and Jacqueline Jackson, Creditors - Counsel
23   Chris D. Kuhner, Kornfield, Paul & Nyberg, P.C., 1999 Harrison Street, Suite 2675,
24   Oakland, CA 94612-4722. Telephone: (510) 763-1000.
25   Bank Of Stockton, Creditor - Dennis Hauser, Hauser & Mouzes Law Corp., Post
26   Office Box 1397, Woodbridge, California 95258-1397. Telephone: (209) 368-1368.
27   T. Dale and Mariann Sheldon, Creditors - Counsel - Michael St. James, St. James
28   Law, 155 Montgomery St., Suite 1004, San Francisco, California 94104.

1. eCAST Settlement Corporation, Creditor - Counsel - Gilbert B. Weisman, Becket and Lee LLP, Post Office Box 3001, Malvern, Pennnsylvania 19355-0701. Telephone: (610) 644-7800.

2. Office of the United States Trustee, 235 Pine Street, Suite 700, San Francisco, California 94104. Telephone: (415) 705-3333.

JAMES H. SEYMOUR

Dated: 4 July 2007

/s/ *James H. Seymour*
James H. Seymour
Counsel for Appellant and
Petitioning Creditor Jennifer Moore

```
 1 │ James H. Seymour  SBC No. 48651
   │ 706 Cowper Street
 2 │ Palo Alto, California  94301
   │ Telephone:  (650) 323-7226
 3 │ Counsel for Petitioning Creditor
   │ and Appellant
 4 │ Jennifer M. Moore
```

E-Filing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | No. 07-30030 TEC 7 |
|---|---|---|
| ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC. | ) ) ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) ) | |

| In re | ) | No. 07-30031 TEC 7 |
|---|---|---|
| RICHARD L. HATFIELD, | ) ) ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) ) ) | |

C 07 3715 MMC

**ELECTION BY APPELLANT TO HAVE APPEAL IN CASE NO. 07-30031 HEARD BY DISTRICT COURT**

Appellant, Jennifer M. Moore, hereby elects, pursuant to 28 U.S.C. sec. 158(c)(1)(A) and rule 8001(e), F.R. Bankr. Proc., to have the appeal of the order of dismissal in case number 07-30031 TEC heard by the United States District Court for the Northern District of California.

JAMES H. SEYMOUR

Dated: 4 July 2007

/s/ *James H. Seymour*
James H. Seymour
Counsel for Appellant and
Petitioning Creditor Jennifer Moore

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 9 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re

Richard L. Hatfield

Debtor

Case No. 07-30031 TEC 7



Chapter 7

C 07 3715 MMC

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court from the Northern district of California, at San Francisco do hereby certify:

That I, in the performance of my duties as such clerk, served a copy of **Notice of Appeal and Statement of Election to District Court** by depositing it in the regular mail at San Francisco, California, on the date shown below, in a sealed envelope, addresses as listed below:

United States Trustee
235 Pine St. #700
San Francisco, CA 94104

United States District Court
450 Golden Gate Avenue
P. O. Box 36060
San Francisco, CA 94102-3489

Iain A. Macdonald
Law Offices of Macdonald and Assoc.
2 Embarcadero Center #1670
San Francisco, CA 94111-3930

Michael D. Cooper
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047

James H. Seymour
Law Offices of James H. Seymour
706 Cowper St.
Palo Alto, CA 94301

Robert E. Carey
PO Box 1040
Palo Alto, CA 94302-1040

Ricardo C. Saria
P.O. Box 1738
Palo Alto, CA 94302-1738

Dennis Hauser
Hauser & Mouzes Law Corp.
PO Box 1397
Woodbridge CA 95258-1397

Chris D. Kuhner
Kornfield, Paul and Nyberg
1999 Harrison St. #2675
Oakland, CA 94612

Gilbert B. Weisman
Becket and Lee LLP
Post Office Box 3001
Malvern PA 19355-0701

Michael St. James
St. James Law
155 Montgomery St. #1004
San Francisco, CA 94104

Date: 7/9/2007                                Deputy Clerk:   Quan   Lu

Entered on Docket
June 26, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 26, 2007

THOMAS E. CARLSON
U.S. Bankruptcy Judge

1  Michael D. Cooper (Bar No. 42761)
   Daniel Rapaport (Bar No. 67217)
2  Elizabeth Berke-Dreyfuss (Bar No. 114651)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, CA 94607-4036
4  Telephone: (510) 834-6600
   Fax: (510) 834-1928
5  Email: mcooper@wendel.com

6  Attorneys for Petitioning Creditors
   First Trust Corporation fbo Richard L. Spees,
7  First Trust Corporation fbo J.D. Erickson, and
   George Rnjak

8

9                UNITED STATES BANKRUPTCY COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 In Re                              Case No. 07-30030 TEC
                                      Chapter 7 (Involuntary)
14 ALLIANCE FINANCIAL CAPITAL
   HOLDINGS, INC.,
15
          Debtor.
16

17
   In Re                              Case No. 07-30031 TEC
18                                    Chapter 7 (Involuntary)
   RICHARD L. HATFIELD,
19                                    **ORDER GRANTING PETITIONING**
          Debtor.                     **CREDITORS' MOTIONS TO DISMISS**
20                                    **INVOLUNTARY PETITIONS IN CASES**
                                      **NOS. 07-30030 AND 07-30031**
21
                                      Date:  June 22 2007
22                                    Time:  10:00 a.m.
                                      Place: 235 Pine Street, 23rd Floor
23                                           San Francisco, CA
24

25        Petitioning Creditors' Motions to Dismiss Involuntary Petitions on Consent of Petitioning

26 Creditors and Debtors ("Motions"), filed in Cases Nos. 07-30030 and 07-30031, came on

27 regularly for hearing on June 22, 2007. Michael Cooper, Esq., of Wendel, Rosen, Black & Dean,

28 LLP, appeared on behalf of the Petitioning Creditors; Iain A. MacDonald, Esq. appeared on

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated July 9, 2007
by [signature]
Deputy Clerk

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

014105.0002\816431.1

1  behalf of the alleged debtors, Richard L. Hatfield and Alliance Financial Capital Holdings, Inc.;
2  Michael St. James, Esq. appeared on behalf of T. Dale and Mariann Sheldon; James H. Seymour,
3  Esq. appeared on behalf of Jennifer M. Moore; Dennis Hauser, Esq. of Hauser & Mouzes
4  appeared on behalf of the Bank of Stockton, and such other appearances were made as may have
5  been noted in the record. Based upon the pleadings filed herein, and the argument of counsel, and
6  for the reasons stated on the record in open Court, which reasons shall constitute the Court's
7  findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil
8  Procedure, made applicable to this proceeding pursuant to Rules 1017(f), 7052, 9014(c) of the
9  Federal Rules of Bankruptcy Procedure, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Notice of the hearing on the Motions was proper under the circumstances of the case;

2. The Motions are granted in their entirety;

3. The Involuntary Petitions in Cases Nos. 07-30030 and 07-30031 are hereby dismissed pursuant to the provisions of Bankruptcy Code Section 305(a)(1).

**Certificate of Service, Docket No. 45**

** End of Order**

## COURT SERVICE LIST

| | |
|---|---|
| Iain A. Macdonald<br>Law Offices of Macdonald & Associates<br>2 Embarcadero Center #1670<br>San Francisco, CA 94111-3930 | *Attorneys for Richard L. Hatfield* |
| Michael St. James<br>155 Montgomery St., #1004<br>San Francisco, CA 94104 | *Attorneys for T. Dale and Mariann Sheldon* |
| James H. Seymour<br>706 Cowper Street<br>Palo Alto, CA 94301 | *Attorneys for Jennifer Moore* |
| Dennis Hauser<br>Hauser & Mouzes<br>18826 Lower Sacramento Rd., #H<br>Woodbridge, CA 95258 | *Attorneys for Bank of Stockton* |
| Michael D. Cooper<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | *Attorneys for Petitioning Creditors* |
| Office of the U.S. Trustee<br>U.S. Dept. of Justice<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | *United States Trustee* |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

014105.0002\816431.1

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

2

**DISMISSED, APPEAL**

**E-Filing**

**U.S. Bankruptcy Court**
**Northern District of California (San Francisco)**
**Bankruptcy Petition #: 07-30031**
Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
Chapter 7
Involuntary
No asset

*Date Filed:* 01/09/2007
*Date Dismissed:* 06/26/2007

*Debtor*
**Richard L. Hatfield**
32 Echo Lane
Redwood City, CA 94062
SSN: 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

represented by **Iain A. Macdonald**
Law Offices of Macdonald and Assoc.
2 Embarcadero Center #1670
San Francisco, CA 94111-3930
(415) 362-0449
Email: mac@macdonaldlawsf.com

*Petitioning Creditor*
**First Trust Corporation FBO Richard L. Spees**
6933 Wilton Drive
Oakland, CA 94611
Tax id: 84-0519832

represented by **Elizabeth Berke-Dreyfuss**
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047
(510) 834-6600
Email: edreyfuss@wendel.com

**Michael D. Cooper**
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047
(510) 834-6600
Email: mcooper@wendel.com

*Petitioning Creditor*
**First Trust Corporation FBO J.D. Erickson**
46 Oak Trail Court
Alamo, CA 94507
Tax id: 84-0519832

represented by **Elizabeth Berke-Dreyfuss**
(See above for address)

**Michael D. Cooper**
(See above for address)

*Petitioning Creditor*
**George Rnjak**
3920 Heathfield Place
Santa Rosa, CA 95404
SSN: 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

represented by **Elizabeth Berke-Dreyfuss**
(See above for address)

**Michael D. Cooper**
(See above for address)

*Petitioning Creditor*
**Jennifer M. Moore**
355 North Wolfe Rd. #531
Sunnyvale, CA 94085

represented by **James H. Seymour**
Law Offices of James H. Seymour
706 Cowper St.
Palo Alto, CA 94301
(650) 323-7226
Email: jseymourlaw@yahoo.com

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated July 9, 2007
by [signature]
Deputy Clerk

*Petitioning Creditor*
**Carey & Carey**
706 Cowper St.
Palo Alto, CA 94301

**Petitioning Creditor**
Ricardo C. Saria
P.O. Box 1738
Palo Alto, CA 94302-1738

**U.S. Trustee**
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
(415) 705-3333

| Filing Date | # | Docket Text |
|---|---|---|
| 01/09/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) First Trust Corporation FBO Richard L. Spees (attorney Michael D. Cooper), First Trust Corporation FBO J.D. Erickson (attorney Michael D. Cooper), George Rnjak (attorney Michael D. Cooper) (Cooper, Michael) (Entered: 01/09/2007) |
| 01/09/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-30031) [misc,invol7] ( 299.00). Receipt number 3896266, amount $ 299.00 (U.S. Treasury) (Entered: 01/09/2007) |
| 01/09/2007 | 2 | Document: *Summons to Debtor in Involuntary Case (To Be Issued)*. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Cooper, Michael) (Entered: 01/09/2007) |
| 01/11/2007 | | **COURT ENTRY** As In the Related Case #07-30030, Two of Petitioning Creditors' Names On The System Do Not Match Those On The Pdf. Court Contacted Attorney's Office and Was Told That Attorney Prefers The Way The Names Were Entered. Court Will Prepare The Standardized "Sommons and Notice of Status Conference In Involuntary Case". (RE: related document(s)1 Involuntary Petition (Chapter 7), 2 Document, ). (ql, ) (Entered: 01/11/2007) |
| 01/11/2007 | 3 | Order Transferring Case (RE: related document(s)1 Involuntary Petition (Chapter 7) ) filed by Petitioning Creditor First Trust Corporation FBO Richard L. Spees, Petitioning Creditor First Trust Corporation FBO J.D. Erickson, Petitioning Creditor George Rnjak, Debtor Richard L. Hatfield). (ql, ) (Entered: 01/11/2007) |
| 01/11/2007 | 4 | Judge Thomas E. Carlson added to case. Involvement of Judge Dennis Montali Terminated . (ql, ) (Entered: 01/11/2007) |
| 01/11/2007 | 5 | Involuntary Summons and Notice To Debtor Of Status Conference In Voluntary Case Issued on Richard L. Hatfield . (ql, ) (Entered: 01/11/2007) |
| 01/11/2007 | | Hearing Set On (RE: related document(s)5 Involuntary Summons Issued). Status Conference to be held on 1/22/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 01/11/2007) |
| 01/12/2007 | 6 | Summons Service Executed in an Involuntary Case on Richard L. Hatfield 1/12/2007, Answer Due 02/01/2007 Filed by First Trust Corporation FBO J.D. Erickson ; First Trust Corporation FBO Richard L. Spees ; George Rnjak (Cooper, Michael) (Entered: 01/12/2007) |
| 01/13/2007 | 7 | BNC Certificate of Mailing - Reassignment of Case. (RE: related document(s)4 Case Reassignment). Service Date 01/13/2007. (Admin.) (Entered: 01/13/2007) |

| | | |
|---|---|---|
| 01/13/2007 | 8 | BNC Certificate of Mailing (RE: related document(s)3 Order, ). Service Date 01/13/2007. (Admin.) (Entered: 01/13/2007) |
| 01/18/2007 | 9 | Notice of Appearance and Request for Notice by Michael St. James Filed by Creditor T. Dale & Mariann Sheldon (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 01/18/2007) |
| 01/19/2007 | 10 | Notice of Appearance and Request for Notice by Raymond A. Policar Filed by Creditor Bank Of Stockton (Attachments: # 1 Certificate of Service) (Policar, Raymond) (Entered: 01/19/2007) |
| 01/22/2007 | | Courtroom Hearing Continued (gh, ) (Entered: 01/22/2007) |
| 01/26/2007 | | Courtroom Hearing Continued (gh, ) (Entered: 01/26/2007) |
| 01/29/2007 | 11 | Adversary case 07-03011. 01 (Determination of removed claim or cause), 14 (Recovery of money/property - other), 31 (Approval of sale of property of estate and of a co-owner - 363(h)) ,02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)) Complaint by Jennifer M. Moore , Alliance Financial Capital, Inc., et al against Richard L. Hatfield , Alliance Financial Capital Holdings, Inc. , Jennifer M. Moore, et al . Notice of removal of previously consolididated actions(From Superior Court, State of California, County of San Mateo. Fee Amount $250 . (ac, ) (Entered: 01/29/2007) |
| 01/29/2007 | 12 | Request for Notice Filed by Creditor Jacqueline Jackson (Kuhner, Chris) (Entered: 01/29/2007) |
| 01/29/2007 | 13 | Request for Notice Filed by Creditor David and Jacqueline Fenton (Kuhner, Chris) (Entered: 01/29/2007) |
| 02/01/2007 | 14 | Answer to Complaint *by Alleged Debtor* Filed by Richard L. Hatfield. (Attachments: # 1 Certificate of Service to Answer to Involuntary Petition) (Macdonald, Iain) ***THIS IS AN ANSWER TO INVOLUNTARY PETITION. "*** Modified on 2/2/2007 (ql, ). (Entered: 02/01/2007) |
| 02/02/2007 | | **ERROR** Wrong Event Code Selected, So The Docket Reflects "Answer to Complaint" Which Is Incorrect. Attorney Should Use "Answer" Under "Bankruptcy" And Click "Involuntary Answer". (RE: related document(s)14 Answer to Complaint). (ql, ) (Entered: 02/02/2007) |
| 02/02/2007 | | Courtroom Hearing Held (Court to do order.)(gh, ) (Entered: 02/02/2007) |
| 02/02/2007 | 15 | Order Suspending Involuntary Bankruptcy Proceedings (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor First Trust Corporation FBO Richard L. Spees, Petitioning Creditor First Trust Corporation FBO J.D. Erickson, Petitioning Creditor George Rnjak). (ql, ) (Entered: 02/02/2007) |
| 02/02/2007 | | Hearing Set On (RE: related document(s)15 Order ). Status Conference to be held on 2/12/2007 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 02/02/2007) |
| 02/04/2007 | 16 | BNC Certificate of Mailing (RE: related document(s)15 Order, ). Service Date 02/04/2007. (Admin.) (Entered: 02/04/2007) |
| 02/07/2007 | 17 | Request for Notice Filed by Creditor eCAST Settlement Corporation. (Weisman, Gilbert) (Entered: 02/07/2007) |
| 02/12/2007 | | Courtroom Hearing Continued (Can be moved by parties.)(gh, ) (Entered: 02/12/2007) |
| 02/12/2007 | 18 | Order Setting Continued Status Conference. . (ql, ) (Entered: 02/12/2007) |

| | | |
|---|---|---|
| 02/14/2007 | 19 | BNC Certificate of Mailing (RE: related document(s)18 Order for Status Conference). Service Date 02/14/2007. (Admin.) (Entered: 02/14/2007) |
| 02/22/2007 | 20 | Status Conference Statement (RE: related document(s)18 Order for Status Conference). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 02/22/2007) |
| 02/26/2007 | | Hearing Continued . (Status Conference to be heard on 3/12/07 at 11:30 AM). (gh, ) (Entered: 02/26/2007) |
| 02/27/2007 | 21 | Order Continuing Suspension of Proceedings and Setting Continued Status Conference. (RE: related document(s)1 Involuntary Petition (Chapter 7)). Status Conference to be held on 3/9/2007 at 9:30 AM San Francisco Courtroom 23 - Carlson for [], (ql, ) (Entered: 02/27/2007) |
| 03/01/2007 | 22 | BNC Certificate of Mailing (RE: related document(s)21 Order to Continued Hearing, ). Service Date 03/01/2007. (Admin.) (Entered: 03/02/2007) |
| 03/02/2007 | 23 | Order Correcting Time and Date Of Continued Status Conference(RE: related document(s)21 Order to Continued Hearing, Hearing Set). Status Conference to be held on 3/12/2007 at 11:30 AM San Francisco Courtroom 23 - Carlson for [], (ql, ) (Entered: 03/02/2007) |
| 03/04/2007 | 24 | BNC Certificate of Mailing (RE: related document(s)23 Order to Continued Hearing). Service Date 03/04/2007. (Admin.) (Entered: 03/04/2007) |
| 03/08/2007 | 25 | Status Conference Statement (RE: related document(s)23 Order to Continued Hearing). Filed by Creditor Jennifer M. Moore (Attachments: # 1 Exhibit Ex A - Proposed Settlement Terms) (Seymour, James) (Entered: 03/08/2007) |
| 03/12/2007 | | Courtroom Hearing Continued (Court to do order.)(gh, ) (Entered: 03/12/2007) |
| 03/13/2007 | 26 | Amended Order Continuing Suspension of Proceedings and Setting Continued Status Conference. (RE: related document(s)23 Order to Continued Hearing, Hearing Set). Status Conference to be held on 5/11/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [], (ql, ) (Entered: 03/13/2007) |
| 03/15/2007 | 27 | BNC Certificate of Mailing (RE: related document(s)26 Order to Continued Hearing, ). Service Date 03/15/2007. (Admin.) (Entered: 03/15/2007) |
| 03/29/2007 | | Disposition of Adversary 07-3011. (ac, ) (Entered: 03/29/2007) |
| 03/29/2007 | | Adversary Case Closed 07-3011. (ac, ) (Entered: 03/29/2007) |
| 05/08/2007 | 28 | Notice of Continued Hearing *of Status Conference* (RE: related document(s)26 Amended Order Continuing Suspension of Proceedings and Setting Continued Status Conference. (RE: related document(s)23 Order to Continued Hearing, Hearing Set). Status Conference to be held on 5/11/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [], (ql, )). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Cooper, Michael) (Entered: 05/08/2007) |
| 05/09/2007 | | Hearing Continued (RE: related document(s)28 Notice of Continued Hearing, Hearing Set). Status Conference to be held on 5/18/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [], (ql, ) (Entered: 05/09/2007) |
| 05/09/2007 | | **ERROR** Continued Status Conference Not Updated. Court Corrected. (RE: related document(s)28 Notice of Continued Hearing). (ql, ) (Entered: 05/09/2007) |

| Date | Doc # | Description |
|---|---|---|
| 05/09/2007 | 29 | Order Continuing Status Conference (RE: related document(s)28 Notice of Continued Hearing filed by Petitioning Creditor First Trust Corporation FBO Richard L. Spees, Petitioning Creditor First Trust Corporation FBO J.D. Erickson, Petitioning Creditor George Rnjak). (ql, ) (Entered: 05/09/2007) |
| 05/11/2007 | 30 | BNC Certificate of Mailing (RE: related document(s)29 Order, ). Service Date 05/11/2007. (Admin.) (Entered: 05/11/2007) |
| 05/18/2007 |  | Courtroom Hearing Continued (RE: Hearing Set - related document(s) [] ) (Continued to 6/22/2007 10:30 AM at San Francisco Courtroom 23 - Carlson) (gh, ) (Entered: 05/18/2007) |
| 05/25/2007 | 31 | Motion to Dismiss/Withdraw Document *Involuntary Petitions* Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Exhibit A# 2 Declaration of Richard Hatfield# 3 Declaration of Michael Cooper# 4 Certificate of Service) (Cooper, Michael) (Entered: 05/25/2007) |
| 05/25/2007 | 32 | Notice of Hearing (RE: related document(s)31 Motion to Dismiss/Withdraw Document *Involuntary Petitions* Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Exhibit A# (2) Declaration of Richard Hatfield# (3) Declaration of Michael Cooper# (4) Certificate of Service) (Cooper, Michael)). Hearing scheduled for 6/22/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Cooper, Michael) (Entered: 05/25/2007) |
| 05/26/2007 | 33 | Motion *To Terminate Suspension of Case* Filed by Creditor Jennifer M. Moore (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration) (Seymour, James) (Entered: 05/26/2007) |
| 05/26/2007 | 34 | Notice of Hearing *Motion to Terminate Suspension of Case* (RE: related document(s)33 Motion *To Terminate Suspension of Case* Filed by Creditor Jennifer M. Moore (Attachments: # (1) Memorandum of Points and Authorities # (2) Declaration) (Seymour, James)). Hearing scheduled for 6/22/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 05/26/2007) |
| 06/08/2007 | 35 | Brief/Memorandum in Opposition to *Motion to Terminate Suspension of Case No. 07-30031* (RE: related document(s)33 Motion Miscellaneous Relief). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Declaration of Richard L. Hatfield# 2 Certificate of Service) (Cooper, Michael) (Entered: 06/08/2007) |
| 06/08/2007 | 36 | Declaration of Elizabeth Berke-Dreyfuss in Support of (RE: related document(s)35 Opposition Brief/Memorandum, ). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Cooper, Michael) (Entered: 06/08/2007) |
| 06/08/2007 | 37 | Objection *to Declaration of James Seymour filed in support of Motion to Terminate Suspension of Case No. 07-30031* (RE: related document(s)33 Motion Miscellaneous Relief). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Cooper, Michael) (Entered: 06/08/2007) |
| 06/14/2007 | 38 | Document: *Errata*. (RE: related document(s)35 Opposition Brief/Memorandum, ). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Berke-Dreyfuss, Elizabeth) (Entered: 06/14/2007) |

| | | |
|---|---|---|
| 06/15/2007 | 39 | Joinder *in Involuntary Petition* (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 06/15/2007) |
| 06/15/2007 | 40 | Joinder *in Involuntary Petition* (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Creditor Carey & Carey (Seymour, James) (Entered: 06/15/2007) |
| 06/15/2007 | 41 | Joinder *in Involuntary Petition* (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Creditor Ricardo C. Saria (Seymour, James) (Entered: 06/15/2007) |
| 06/15/2007 | 42 | Brief/Memorandum in Opposition to *Motion to Dismiss Involuntary Petitions* (RE: related document(s)31 Motion to Dismiss/Withdraw Document, ). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 06/15/2007) |
| 06/15/2007 | 43 | Opposition Declaration of James H. Seymour in in Opposition to Motion to Dismiss Involuntary Petitions of *Petitioning Creditors* (RE: related document(s)42 Opposition Brief/Memorandum). Filed by Creditor Jennifer M. Moore (Attachments: # 1 Exhibit Ex A# 2 Exhibit Ex. B# 3 Exhibit Ex. C# 4 Exhibit Ex. D# 5 Exhibit Ex. E# 6 Exhibit Ex. F# 7 Exhibit Ex. G# 8 Exhibit Ex. H) (Seymour, James) (Entered: 06/15/2007) |
| 06/18/2007 |  | **CORRECTIVE ENTRY** Court Corrected The Party Roles From "Creditors" To "Petitioning Creditiors" and Corrected Their Addresses Per Pdf. (RE: related document(s)40 Joinder, 39 Joinder, 41 Joinder). (ql, ) (Entered: 06/18/2007) |
| 06/19/2007 | 44 | Objection *by Petitioning Creditors to Declaration of James H. Seymour in Opposition to Motion to Dismiss Involuntary Petition* (RE: related document(s)42 Opposition Brief/Memorandum, 43 Declaration, ). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Berke-Dreyfuss, Elizabeth) (Entered: 06/19/2007) |
| 06/22/2007 |  | Courtroom Hearing Held (RE: Motion to Dismiss/Withdraw Document - related document(s) 31 ) (Motion is granted, order to be uploaded.)(gh, ) (Entered: 06/22/2007) |
| 06/22/2007 | 45 | Certificate of Service *to [Proposed] Order Granting Petitioning Creditors' Motions to Dismiss Involuntary Petitions in Cases Nos. 07-30030 and 07-30031* (Cooper, Michael) (Entered: 06/22/2007) |
| 06/26/2007 | 46 | Order Granting Petitioning Creditors' Motion to Dismiss Involuntary Petition. (Related Doc # 31) (ql, ) (Entered: 06/26/2007) |
| 06/28/2007 | 47 | BNC Certificate of Mailing (RE: related document(s)46 Order on Application to Dismiss/Withdraw Document). Service Date 06/28/2007. (Admin.) (Entered: 06/28/2007) |
| 07/04/2007 | 48 | Notice of Appeal to District Court *of Order of Dismissal*, Fee Amount $ 255. (RE: related document(s)46 Order on Application to Dismiss/Withdraw Document). Appellant Designation due by 7/16/2007. Transmission to District Court due by 8/3/2007. Filed by Petitioning Creditor Jennifer M. Moore (Seymour, James) (Entered: 07/04/2007) |
| 07/04/2007 | 49 | Statement of Election to District Court, *Appeal* (RE: related document(s)48 Notice of Appeal, filed by Petitioning Creditor Jennifer M. Moore). Filed by Petitioning Creditor Jennifer M. Moore (Seymour, James) (Entered: 07/04/2007) |
| 07/05/2007 |  | Receipt of Appeal Filing Fee. Amount 255.00 from James H. Seymour. Receipt Number 30043563. (ql) (Entered: 07/05/2007) |

| | | |
|---|---|---|
| 07/09/2007 | 50 | Courts Certificate of Mailing. Number of notices mailed: 11 (RE: related document(s)49 Statement of Election on Appeal, 48 Notice of Appeal, ). (ql, ) (Entered: 07/09/2007) |
| 07/09/2007 | 51 | Transmission of Appeal To District Cour . (RE: related document(s)48 Notice of Appeal, 49 Statement of Election on Appeal). (ql, ) (Entered: 07/09/2007) |