FILED

IN THE UNITED STATES DISTRICT COURT

07 JUL 19 AM 11:36

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALLIANCE FINANCIAL HOLDINGS, <br><br> Plaintiff, <br><br> v. <br><br> RE: ALLIANCE FINANCIAL HOLDINGS, <br><br> Defendant. | No. C-07-03715 MMC <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:

    Bankruptcy Case:    07-30031 TEC
    Adversary No.:
    BAP No.:
    Appellant:


The appeal has been assigned the following case number C-07-03715 MMC before the Honorable Maxine M. Chesney.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 10/26/2007 in Ctrm 7, 19th Floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jul 19, 2007

                                         For the Court
                                         Richard W. Wieking, Clerk

                                         MARY ANN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record