James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RICHARD L. HATFIELD,<br><br><br><br><br><br>Alleged Debtor.<br><br>―――――――――――――――――<br>JENNIFER M. MOORE,<br><br>Appellant,<br><br>vs.<br><br>RICHARD L. HATFIELD,<br>FIRST TRUST CORPORATION<br>FBO RICHARD L. SPEES<br>FIRST TRUST CORPORATION<br>FBO J.D. ERICKSON, and<br>GEORGE RNJAK,<br><br>Appellees. | No. 07-03715 MMC<br><br>Appeal from USBC (N.D. Cal.)<br>No.  07-30031  TEC  7<br><br>**ADMINISTRATIVE MOTION BY APPELLANT JENNIFER M. MOORE TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |

  Appellant Jennifer M. Moore hereby moves pursuant to L.R. 3-12 and L.R. 7-11 for consideration of whether case numbers 07-03715 MMC, *In re Richard Hatfield*, and 07-3716 CBR, *In re Alliance Financial Capital Holdings, Inc.*, should be considered related and assigned to the judge to which the lowest numbered case is assigned.

1  Each of the aforementioned cases is an appeal from the attached order of the United States Bankruptcy Court for the Northern District of California dismissing the involuntary bankruptcy cases of *In re Alliance Financial Capital Holdings, Inc.*, number 07-30030 TC and *In re Richard L. Hatfield*, number 07-30031 TC. As appears by the order, the bankruptcy court previously determined these cases to be related and they were both assigned to the same bankruptcy judge, the Hon. Thomas Carlson.

In the bankruptcy court, the cases were heard together, and the order dismissing them is a joint order. The issues and parties are related. Richard Hatfield is an owner of Alliance Financial Capital Holdings, Inc., and the petitioners in each involuntary bankruptcy are the same parties. The debts alleged by each of the petitioners are asserted to be obligations of both alleged debtors.

                    Respectfully submitted,

                    JAMES H. SEYMOUR

Dated: 20 October 2007                 /s/ *James H. Seymour*
                                            James H. Seymour
                                            Counsel for Appellant Jennifer M. Moore

**Entered on Docket
June 26, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 26, 2007

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

1 | Michael D. Cooper (Bar No. 42761)
2 | Daniel Rapaport (Bar No. 67217)
    Elizabeth Berke-Dreyfuss (Bar No. 114651)
3 | **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
4 | Oakland, CA 94607-4036
    Telephone: (510) 834-6600
5 | Fax: (510) 834-1928
    Email: mcooper@wendel.com

6 | Attorneys for Petitioning Creditors
    First Trust Corporation fbo Richard L. Spees,
7 | First Trust Corporation fbo J.D. Erickson, and
    George Rnjak

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC.,<br><br>Debtor. | Case No. 07-30030 TEC<br>Chapter 7 (Involuntary) |
| In Re<br><br>RICHARD L. HATFIELD,<br><br>Debtor. | Case No. 07-30031 TEC<br>Chapter 7 (Involuntary)<br><br>**ORDER GRANTING PETITIONING CREDITORS' MOTIONS TO DISMISS INVOLUNTARY PETITIONS IN CASES NOS. 07-30030 AND 07-30031**<br><br>Date: June 22 2007<br>Time: 10:00 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>San Francisco, CA |

Petitioning Creditors' Motions to Dismiss Involuntary Petitions on Consent of Petitioning Creditors and Debtors ("Motions"), filed in Cases Nos. 07-30030 and 07-30031, came on regularly for hearing on June 22, 2007. Michael Cooper, Esq., of Wendel, Rosen, Black & Dean, LLP, appeared on behalf of the Petitioning Creditors; Iain A. MacDonald, Esq. appeared on

*ORDER GRANTING PETITIONING CREDITORS'
MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

014105.0002\816431.1

1  behalf of the alleged debtors, Richard L. Hatfield and Alliance Financial Capital Holdings, Inc.;
2  Michael St. James, Esq. appeared on behalf of T. Dale and Mariann Sheldon; James H. Seymour,
3  Esq. appeared on behalf of Jennifer M. Moore; Dennis Hauser, Esq. of Hauser & Mouzes
4  appeared on behalf of the Bank of Stockton, and such other appearances were made as may have
5  been noted in the record.  Based upon the pleadings filed herein, and the argument of counsel, and
6  for the reasons stated on the record in open Court, which reasons shall constitute the Court's
7  findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil
8  Procedure, made applicable to this proceeding pursuant to Rules 1017(f), 7052, 9014(c) of the
9  Federal Rules of Bankruptcy Procedure, and for good cause shown,

10  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

11  **1.** Notice of the hearing on the Motions was proper under the circumstances of the
12  case;

13  **2.** The Motions are granted in their entirety;

14  **3.** The Involuntary Petitions in Cases Nos. 07-30030 and 07-30031 are hereby
15  dismissed pursuant to the provisions of Bankruptcy Code Section 305(a)(1).

16  **Certificate of Service, Docket No. 45**

17  **\*\* End of Order\*\***

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

014105.0002\816431.1

2

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036