1  James H. Seymour  SBC No. 048651
   706 Cowper Street
2  Palo Alto, California  94301
   Telephone:  (650) 323-7226
3  Counsel for Appellant
   Jennifer M. Moore
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | In re                              ) | No. 07-03715 MMC
11 |                                    ) | Appeal from USBC (N.D. Cal.)
   | RICHARD L. HATFIELD,               ) | No.  07-30031  TEC  7
12 |                                    ) |
13 |                                    ) | (***PROPOSED***) **ORDER ON**
   |                                    ) | **ADMINISTRATIVE MOTION BY**
14 |                                    ) | **APPELLANT JENNIFER M. MOORE**
   |                                    ) | **TO CONSIDER WHETHER CASES**
15 |            Alleged Debtor.         ) | **SHOULD BE RELATED, PURSUANT**
   |                                    ) | **TO CIVIL L.R. 7-11**
16 |_____)
17 | JENNIFER M. MOORE,                 )
18 |            Appellant,              )
19 |                 vs.                )
20 | RICHARD L. HATFIELD,               )
   | FIRST TRUST CORPORATION            )
21 | FBO RICHARD L. SPEES               )
   | FIRST TRUST CORPORATION            )
22 | FBO J.D. ERICKSON, and             )
   | GEORGE RNJAK,                      )
23 |                                    )
   |            Appellees.              )
24 |_____)

25     The Court having considered the *Administrative Motion by Appellant Jennifer M.*
26  *Moore to Consider Whether Cases Should Be Related, Pursuant to Civil L.R. 7-11*, and
27  good cause appearing,
28  ///

IT IS HEREBY ORDERED,

Case No. 07-03715 and case no. 07-03716 are determined to be related within the definition of L.R. 3-12(a) and assigned to the Honorable Maxine M. Chesney, United States District Judge.

Dated: _____
UNITED STATES DISTRICT JUDGE

Each of the aforementioned cases is an appeal from the attached order of the United States Bankruptcy Court for the Northern District of California dismissing the involuntary bankruptcy cases of *In re Alliance Financial Capital Holdings, Inc.*, number 07-30030 TC and *In re Richard L. Hatfield*, number 07-30031 TC. As appears by the order, the bankruptcy court previously determined these cases to be related and they were both assigned to the same bankruptcy judge, the Hon. Thomas Carlson.

In the bankruptcy court, the cases were heard together, and the order dismissing them is a joint order. The issues and parties are related. Richard Hatfield is an owner of Alliance Financial Capital Holdings, Inc., and the petitioners in each involuntary bankruptcy are the same parties. The debts alleged by each of the petitioners are asserted to be obligations of both alleged debtors.

Respectfully submitted,
JAMES H. SEYMOUR

Dated: 20 October 2007

/s/ *James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore