1  IT IS HEREBY ORDERED,

2  Case No. 07-03715 and case no. 07-03716 are determined to be related within the
3  definition of L.R. 3-12(a) and assigned to the Honorable Maxine M. Chesney, United
4  States District Judge.

6  Dated: _____
                    UNITED STATES DISTRICT JUDGE

1  IT IS HEREBY ORDERED,

2  Case No. 07-03715 and case no. 07-03716 are determined to be related within the

3  definition of L.R. 3-12(a) and assigned to the Honorable Maxine M. Chesney, United

4  States District Judge.

6  Dated: _____

UNITED STATES DISTRICT JUDGE