James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RICHARD L. HATFIELD,<br><br><br><br>Alleged Debtor.<br>_____<br><br>JENNIFER M. MOORE,<br><br>Appellant,<br><br>vs.<br><br>RICHARD L. HATFIELD,<br>FIRST TRUST CORPORATION<br>FBO RICHARD L. SPEES<br>FIRST TRUST CORPORATION<br>FBO J.D. ERICKSON, and<br>GEORGE RNJAK,<br><br>Appellees.<br>_____ | No. 07-03715 MMC<br><br>Appeal from USBC (N.D. Cal.)<br>No.  07-30031  TEC  7<br><br>**ERRATA TO**<br>**OPENING BRIEF OF APPELLANT**<br>**JENNIFER M. MOORE** |

Appellant Jennifer M. Moore submits this errata to correct an oversight in the preparation of *Opening Brief of Appellant Jennifer M. Moore*, filed in this appeal on 19 October 2007, in which references to the record on appeal are by document number in the record.  Those references were erroneously used on the basis that the appellant's designation of record on appeal referred to the documents included in the record on

---

appeal in chronological order beginning with the number "1" for the earliest document. In fact, the documents in appellant's designation of the record on appeal are referenced by their bankruptcy docket number. This errata lists the documents included in the record on appeal as they are referenced in the *Opening Brief of Appellant Jennifer M. Moore* – by number in chronological order beginning with the number "1" for the earliest in time.

| Doc. No. | Title | Date |
|---|---|---|
| 1 | Chapter 7 Involuntary Petition | 1/9/07 |
| 2 | Order Transferring Case (to Judge Carlson) | 1/11/07 |
| 3 | Notice of Removal - Adversary No. 07-03011 | 1/29/07 |
| 4 | Answer to Complaint (Involuntary Petition) | 2/1/07 |
| 5 | Order Suspending Involuntary Bankruptcy Proceedings | 2/2/07 |
| 6 | Order Setting Continued Status Conference | 2/12/07 |
| 7 | Status Conference Statement | 2/22/07 |
| 8 | Order Continuing Suspension, *etc*. | 2/27/07 |
| 9 | Order Correcting Time and Date of Status Conference | 3/2/07 |
| 10 | Status Conference Statement<br>Attachment - Ex. A (Fax Memorandum and Settlement Outline) | 3/8/07 |
| 11 | Amended Order Continuing Suspension, *etc*. | 3/13/07 |
| 12 | Order Continuing Status Conference | 5/8/07 |
| 12 | Motion to Dismiss<br>Attachments - (1) Ex. A (Settlement Agreement and Mutual Release); (2) Declaration of Richard Hatfield; and (3) Declaration of Michael Cooper. | 5/25/07 |
| 14 | Notice of Hearing (Motion to Dismiss) | 5/25/07 |
| 15 | Motion to Terminate Suspension<br>Attachments - (1) Memorandum and (2) Declaration of James Seymour | 5/26/07 |
| 16 | Notice of Hearing (Motion to Terminate Suspension) | 5/26/07 |
| 17 | Brief in Opposition to Motion to Terminate Suspension | 6/8/07 |

| # | Description | Date |
|---|---|---|
|  | Attachment - Declaration of Richard Hatfield | |
| 18 | Declaration of Elizabeth Berke-Dreyfuss in Support of Opposition<br>Attachments - (1) Ex. A (Judgment in Favor of Tomas Hill, *etc*.;) (2) Ex. B (Order on Motion for New Trial, *etc*.); (3) Ex. C (Order); (4) Ex. D (Order on Motion for Determination, *etc.)*; and (5) Ex. E (Opposition to Motion, *etc*.) | 6/8/07 |
| 19 | Objection to Declaration of James Seymour | 6/8/07 |
| 20 | Errata Re Brief in Opposition | 6/14/07 |
| 21 | Joinder by Jennifer Moore in Involuntary Petition | 6/15/07 |
| 22 | Joinder by Carey & Carey in Involuntary Petition | 6/15/07 |
| 23 | Joinder by Ricardo Saria in Involuntary Petition | 6/15/07 |
| 24 | Brief in Opposition to Motion to Dismiss | 6/15/07 |
| 25 | Declaration of James Seymour in Opposition to Motion to Dismiss<br>Attachments - (1) Ex. A (AFCH Transaction Detail); (2) Ex. B (AFC Transaction Detail); (3) Ex. C (AFCH Promissory Notes); (4) Ex. D (Hatfield Deed of Trust); (5) Ex. E (AFC Balance Sheet); (6) Ex. F (LA Times article); (7) Ex. G (Photo of Hatfield Electric Motorcycle); and (8) Ex. H (AFC Transaction List) | 6/15/07 |
| 26 | Objection to Declaration of James Seymour | 6/19/07 |
| 27 | Order Granting Motion to Dismiss | 6/26/07 |
| 28 | Notice of Appeal | 7/4/07 |
| 29 | Election to Appeal to District Court | 7/4/07 |
| 30 | Motion to Pay Attorneys Fees | 7/10/07 |
| 31 | Notice of Hearing | 7/10/07 |
| 32 | Transcript of the hearing on 22 June 2007 | |
| 33 | Docket Listing as of 8/15/07 | |

JAMES H. SEYMOUR

Dated: 25 October 2007

/s/ *James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore