1   Michael D. Cooper (Bar No. 42761)
    Elizabeth Berke-Dreyfuss (Bar No. 114651)
2   **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
3   Post Office Box 2047
    Oakland, CA  94607-4036
4   Telephone:  (510) 834-6600
    Fax:  (510) 834-1928
5
    Attorneys for Creditors
6   First Trust Corporation FBO Richard L. Spees
    First Trust Corporation FBO J.D. Erickson, and
7   George Rnjak

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13

14  RICHARD L. HATFIELD,                      Case No.  C-07-3715 MMC

            Debtor.                           Appeal from USBC (N.D. Cal.)
15                                            No. 07-30031 TEC 7

16

17  JENNIFER M. MOORE,                        **NOTICE OF NON-PARTICIPATION**

18          Appellant,

19              vs.

20  RICHARD L. HATFIELD,

21          Appellee.

22

23      Pursuant to FRAP Local Rule 31.2.3, First Trust Corporation fbo Richard L. Spees, First

24  Trust Corporation fbo J.D. Erickson, and George Rnjak, each of whom were listed as creditors in

25  the above-captioned appeal ("Appeal"), notify the Court that they do not intend to participate in

26  / / /

27  / / /

28  / / /

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

*NOTICE OF NONPARTICIPATION*

014105.0001\829508.1

1  the Appeal, and do not intend to file a brief.

2

3  Dated: November 6, 2007                    WENDEL, ROSEN, BLACK & DEAN LLP

4

5                                    By: */s/  Elizabeth Berke-Dreyfuss*
                                         Elizabeth Berke-Dreyfuss
                                         Attorneys for Creditor
6                                        First Trust Corporation FBO Richard L.
                                         Spees, First Trust Corporation FBO J.D.
7                                        Erickson, and George Rnjak

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036