1 | James H. Seymour  SBC No. 048651
2 | 706 Cowper Street
    | Palo Alto, California  94301
    | Telephone:  (650) 323-7226
3 | Counsel for Appellant
    | Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | No. 07-03715 MMC |
| ) | |
| RICHARD L. HATFIELD, ) | Appeal from USBC (N.D. Cal.) No.  07-30031  TEC  7 |
| ) | |
| ) | **NOTICE BY JENNIFER M. MOORE OF FILING OF MOTION IN BANKRUPTCY COURT REQUESTING BANKRUPTCY COURT TO ENTERTAIN MOTION FOR RELIEF PURSUANT TO BANKRUPTCY RULE 9024 (RULE 60(b), F. R. Civ. P.)** |
| Alleged Debtor. ) | |
| ) | |
| JENNIFER M. MOORE, ) | |
| Appellant, ) | |
| vs. ) | |
| RICHARD L. HATFIELD, ) FIRST TRUST CORPORATION ) FBO RICHARD L. SPEES ) FIRST TRUST CORPORATION ) FBO J.D. ERICKSON, and ) GEORGE RNJAK, ) | |
| Appellees. ) | |

1  TO:    The Honorable Maxine Mackler Chesney, United States District Judge, and to all
2  parties and their counsel of record.
3  NOTICE IS HEREBY GIVEN that on 21 December 2007, appellant Jennifer M. Moore
4  filed a motion in bankruptcy case of *In re Alliance Financial Capital Holdings, Inc.*,
5  number 07-30030 TEC 7, in the United States Bankruptcy Court for the Northern District
6  of California, requesting that the bankruptcy court consent to hear her motion for relief
7  from the dismissal of the case pursuant to Bankruptcy Rule 9024, which incorporates the
8  principal provisions of rule 60(b), F. R. Civ. P.  The motion is presently set for hearing
9  on 18 January 2008 before the Honorable Thomas E. Carlson, United States Bankrupcty
10 Judge.

As stated in the *Memorandum of Jennifer M. Moore re Status of Appeal and Changed Circumstances*, filed in this appeal on 19 November 2007, the motion is made pursuant to the procedure described in *Gould vs. Mutual Life Ins. Co. of New York*, 790 F.2d 769, 772 (9th Cir. 1986), and reiterated in *Davis vs. Yageo*, 481 F.3d 661, 685 (9th Cir. 2007).

Respectfully submitted,

JAMES H. SEYMOUR

Dated: 21 December 2007

/s/ *James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore