James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RICHARD L. HATFIELD,<br><br><br>Alleged Debtor.<br>_____<br>JENNIFER M. MOORE,<br><br>Appellant,<br><br>vs.<br><br>RICHARD L. HATFIELD,<br>FIRST TRUST CORPORATION<br>FBO RICHARD L. SPEES<br>FIRST TRUST CORPORATION<br>FBO J.D. ERICKSON, and<br>GEORGE RNJAK,<br><br>Appellees. | No. 07-03715 MMC<br><br>Appeal from USBC (N.D. Cal.)<br>No.  07-30031  TEC  7<br><br>**NOTICE BY JENNIFER M. MOORE OF SUBMISSION OF MOTION IN BANKRUPTCY COURT REQUESTING BANKRUPTCY COURT TO ENTERTAIN MOTION FOR RELIEF PURSUANT TO BANKRUPTCY RULE 9024 (RULE 60(b), F. R. Civ. P.)** |

TO:   The Honorable Maxine Mackler Chesney, United States District Judge, and to all parties and their counsel of record.

NOTICE IS HEREBY GIVEN that on 18 January 2008, a hearing was held on the motion by appellant Jennifer M. Moore in the bankruptcy case of *In re Richard L. Hatfield.*, number 07-30031 TEC 7, in the United States Bankruptcy Court for the Northern District of California, requesting that the bankruptcy court consent to hear her motion, pursuant to Bankruptcy Rule 9024, which incorporates the principal provisions of rule 60(b), F. R. Civ. P., for relief from the dismissal of the case. Judge Carlson has not yet ruled on her motion.

No opposition was filed, nor was any argument in opposition presented at the hearing. Judge Carlson took the motion under submission and has not yet ruled on her motion.

As stated in the *Memorandum of Jennifer M. Moore re Status of Appeal and Changed Circumstances*, filed in this appeal from the dismissal on 19 November 2007, the motion is made pursuant to the procedure described in *Gould vs. Mutual Life Ins. Co. of New York*, 790 F.2d 769, 772 (9th Cir. 1986), and reiterated in *Davis vs. Yageo*, 481 F.3d 661, 685 (9th Cir. 2007).

    Respectfully submitted,

    JAMES H. SEYMOUR

Dated: 28 January 2008        */s/ James H. Seymour*
    James H. Seymour
    Counsel for Appellant Jennifer M. Moore