James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RICHARD L. HATFIELD,<br><br><br><br><br>Alleged Debtor.<br><br>_____<br><br>JENNIFER M. MOORE,<br><br>Appellant,<br><br>vs.<br><br>RICHARD L. HATFIELD,<br>FIRST TRUST CORPORATION<br>FBO RICHARD L. SPEES<br>FIRST TRUST CORPORATION<br>FBO J.D. ERICKSON, and<br>GEORGE RNJAK,<br><br>Appellees.<br>_____ | No. C-07-03715 MMC<br><br>Appeal from USBC (N.D. Cal.)<br>No.  07-30031  TEC  7<br><br>**ADMINISTRATIVE MOTION BY APPELLANT JENNIFER M. MOORE TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |

Appellant Jennifer M. Moore hereby moves pursuant to L.R. 3-12 and L.R. 7-11 for consideration of whether case numbers C-07-03715 MMC, *In re Richard Hatfield*, and C-07-05373 CW, *In re Richard Hatfield*, should be considered related and assigned to the judge to which the lowest numbered case is assigned.

---

Each of the aforementioned cases is an appeal from an order of the United States Bankruptcy Court for the Northern District of California related to the dismissal of the involuntary bankruptcy case of *In re Richard L. Hatfield*, United States Bankruptcy Court for the Northern District of California case number 07-30031 TEC.

The earliest filed case, number C-07-03715 MMC, is an appeal from the dismissal of the involuntary bankruptcy of *Richard L. Hatfield*, which was dismissed pursuant to Bankruptcy Code, sec. 305 on the ground that dismissal was in the best interests of the creditors and the debtor. The later case, number C-07-05373 CW, is an appeal from an award of attorneys' fees to Hatfield against certain petitioning creditors in *Hatfield's* involuntary bankruptcy case – the dismissal of which is the subject of the lowest number case.

From the foregoing, it is apparent the issues and parties are not only related; they are intertwined. The dismissal of *Hatfield's* involuntary bankruptcy is the subject of the first appeal, and the attorneys' fees award for the obtaining the dismissal of the involuntary bankruptcy is the subject of the second.

Additionally, appellants wish to inform the Court that on 31 January 2008, *Hatfield* filed a *voluntary* bankruptcy petition – United States Bankruptcy Court for the Northern District of California case number 08-30154 TEC. As consequence of *Hatfield's* bankruptcy, the appellant in the lowest number case (C-07-3715 MMC), Jennifer Moore, will move in the bankruptcy court to obtain the that court's consent to consider a Rule 60(b) motion to vacate the dismissal of *Hatfield's* involuntary bankruptcy case in order that the preference and avoidance dates applicable to transactions by Hatfield will be the earlier dates based on the filing date of the involuntary petition against him. The appellants in the later case (C-07-5373 CW) will also move in the bankruptcy court to obtain its consent to reconsider the award of attorneys' fees against the involuntary case petitioners in the light of *Hatfield's* voluntary filing.

The aforementioned motions will be based on the procedure described in *Gould vs. Mutual Life Ins. Co. of New York*, 790 F.2d 769, 772 (9th Cir. 1986), and reiterated

1 | in *Davis vs. Yageo*, 481 F.3d 661, 685 (9th Cir. 2007). Should the bankruptcy court
2 | consent in either circumstance, remand will be sought in this Court, pursuant that
3 | procedure, in order to permit the consideration by the bankruptcy court of the rule 60(b)
4 | motions.

Respectfully submitted,

JAMES H. SEYMOUR

Dated: 23 February 2008          /s/ *James H. Seymour*
                                 James H. Seymour
                                 Counsel for Appellant Jennifer M. Moore