James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-07-03715 MMC |
| | Appeal from USBC (N.D. Cal.) No.  07-30031  TEC  7 |
| RICHARD L. HATFIELD, | |
| | (*PROPOSED*) **ORDER ON ADMINISTRATIVE MOTION BY APPELLANT JENNIFER M. MOORE TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |
| Alleged Debtor. | |
| JENNIFER M. MOORE, | |
| Appellant, | |
| vs. | |
| RICHARD L. HATFIELD, FIRST TRUST CORPORATION FBO RICHARD L. SPEES FIRST TRUST CORPORATION FBO J.D. ERICKSON, and GEORGE RNJAK, | |
| Appellees. | |

The Court having considered the *Administrative Motion by Appellant Jennifer M. Moore to Consider Whether Cases Should Be Related, Pursuant to Civil L.R. 7-11*, and good cause appearing,

///

1    IT IS HEREBY ORDERED,

2    Case No. C-07-03715 and case no. C-07-05373 are determined to be related within

3 the definition of L.R. 3-12(a) and assigned to the Honorable Maxine M. Chesney, United

4 States District Judge.

5

6 Dated: _____

                                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28